CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
10/31/2018
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

SOUTHERN ENVIRONMENTAL LAW    )
CENTER    )
    )
    Plaintiffs,    )
    )        Case No. 3:17-cv-00061
    v.    )
    )
U.S. ENVIRONMENTAL PROTECTION    )
AGENCY    )
    )
    Defendant.    )
_____    )

## STIPULATION OF SETTLEMENT AND DISMISSAL

Plaintiff Southern Environmental Law Center ("SELC") and Defendant United States Environmental Protection Agency ("EPA"), by and through their undersigned counsel, in the interests of avoiding further litigation, and in order to settle Plaintiff's claims in this Freedom of Information Act ("FOIA") action, hereby stipulate and agree as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. Defendant shall pay Plaintiffs a lump sum of Ten Thousand dollars ($10,000.00), in full and complete satisfaction of Plaintiffs' claims for attorneys' fees and litigation costs in the above-captioned litigation and all administrative processes that preceded it concerning Plaintiff's FOIA requests. The payment shall be made by electronic transfer of funds to Plaintiffs. Following the dismissal with prejudice of the above-captioned civil action, Plaintiffs shall cooperate with Defendant to ensure that all documentation required to process the payment is complete and accurate. Payment will be made consistent with the normal processing procedures

followed by the Defendant and the Department of Treasury, following the dismissal of the above-captioned civil action.

3.    Plaintiff agrees to forever discharge, release, and withdraw any present or future claims of access to records or portions of records sought in this action.

4.    This Stipulation of Settlement shall represent full and complete satisfaction of all claims arising from the allegations set forth in the Complaint filed in this action, including full and complete satisfaction of all claims for costs and attorneys fees that have been, or could be, made in connection with the administrative Freedom of Information Act process, the District Court litigation process, and any other proceedings involving the claims raised in this action.

5.    This Stipulation of Settlement shall not constitute an admission of liability or fault on the part of the Defendants or the United States or their agents, servants, or employees, and is entered into by all parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

6.    This Stipulation of Settlement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

7.    The parties agree that this Stipulation of Settlement will not be used as evidence or otherwise in any pending or future civil or administrative action against Defendants or the United States, or any agency or instrumentality of the United States.

8.    Execution of this Stipulation of Settlement by counsel for Plaintiffs and by counsel for Defendant shall constitute a dismissal of these actions with prejudice, effective upon order of the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Date: October 22, 2018

*/s/ Sara Bugbee Winn*
Sara Bugbee Winn
Assistant United States Attorney
Virginia State Bar No. 35924
Western District of Virginia
P. O. Box 1709
Roanoke, VA 24008-1709
Tel: (540) 857-2250
Fax: (540) 857-2283
Email: sara.winn@usdoj.gov


**Southern Environmental Law Center**

Date: October 22, 2018

Kimberley Hunter
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516-2356
Phone: 919-967-1450
Fax: 919-929-9421
Email: khunter@selcnc.org


SO ORDERED:

On this _____30ᵗʰ_____ day of _____OCTOBER_____, 2018.

_____
United States District Judge

3